# Schedule "A"

| DOE Number | Marketplace | Merchant Name | Merchant ID |
|---|---|---|---|
| 1 | Alibaba | Active D.O.O. | activedoo |
| 2 | Alibaba | Shenzhen Dingfuxuan Technology Co., Ltd. | aicool |
| 3 | Alibaba | Shenzhen City Mengyao Technology Co., Ltd. | aidiswatch |
| 4 | Alibaba | Yiwu Aiying Trade Co., Ltd. | aiyingpackaging |
| 5 | Alibaba | Unidesign Workshop | alphawatch |
| 6 | Alibaba | Jian 'ou Baosonxun Trading Co., Ltd. | baoshengxun |
| 7 | Alibaba | Shenzhen Nebula Empire Technology Co., Ltd. | bbegroup |
| 8 | Alibaba | Shenzhen Beike Technology Co., Ltd. | beike01 |
| 9 | Alibaba | Shenzhen Boxing Trading Development Co., Ltd. | boorui |
| 10 | Alibaba | Shenzhen Xinmeite Technology Co., Ltd. | casesky |
| 11 | Alibaba | Shenzhen Chaoyasi Electronics Co., Ltd. | chaoyasi |
| 12 | Alibaba | Guangzhou KZ Trade Co., Ltd. | cnkzfashions |
| 13 | Alibaba | Shenzhen Conkly Technology Co., Ltd. | conkly |
| 14 | Alibaba | Changsha Jmax Technology Co., Ltd. | csjmax |
| 15 | Alibaba | Dongguan Haoxin Watch Co., Ltd. | dghxzb |
| 16 | Alibaba | Dongguan Ruicheng Silicone Rubber Products Co., Ltd. | dgrcgj |
| 17 | Alibaba | Shenzhen Duoshang Trading Co., Ltd. | duoshang |
| 18 | Alibaba | Shenzhen Eraysun Electronic Tech Co., Ltd. | eraysun-wearable |
| 19 | Alibaba | Shenzhen Evn International Electronics Co., Ltd. | evn |
| 20 | Alibaba | Shenzhen Fanyou Watch Industry Co., Ltd. | fanyou |
| 21 | Alibaba | Shenzhen Hongshengye Technology Co., Ltd. | gd-hsy |
| 22 | Alibaba | Huizhou Fuan Intelligent Technology Co., Ltd. | gdfuan |
| 23 | Alibaba | Shenzhen Jiyou Network Technology Co., Ltd. | geak |
| 24 | Alibaba | Shenzhen Geekthink Tech Co., Ltd. | geekthink |
| 25 | Alibaba | Guizhou Baojun Leather Accessories Co., Ltd. | gzbj |
| 26 | Alibaba | Guangzhou KZ Trade Co., Ltd. | handmadewatchband |
| 27 | Alibaba | GD Haobo Industrial Technology Co., Ltd. | haobovip |
| 28 | Alibaba | Dongguan Henhenai Accessories Co., Ltd. | henheiai888 |
| 29 | Alibaba | Shenzhen Hong Le Xing Textile Co., Ltd. | hlxtextile |
| 30 | Alibaba | Zhanjiang Huaxun Electronic Products Co., Limited | huaxunbands |
| 31 | Alibaba | Caligola Srl | it1562147995lufr |
| 32 | Alibaba | Shenzhen Jinkaiyue Watch Co., Ltd. | jinkaiyue |
| 33 | Alibaba | Guangzhou Jinkenuo Watch Co., Ltd. | jinkenuo |
| 34 | Alibaba | Huizhou Jinsly Fashion Accessory Co., Ltd. | jinsly |
| 35 | Alibaba | Shenzhen Pengyang Import And Export Co., Ltd. | jkpremium |
| 36 | Alibaba | Boluo JLS Leather Product Factory | jlsleatherproduct |
| 37 | Alibaba | Shenzhen Jimijie Technology Co., Ltd. | jmetec |
| 38 | Alibaba | Shenzhen Juelong Watch Co., Ltd. | juelongwatch |
| 39 | Alibaba | Guangzhou Kaisen Technology Co., LTD | kaisentech |
| 40 | Alibaba | Shenzhen Koda Horologe Co., Ltd. | kdby |

| 41 | Alibaba | Shenzhen Futian District Kingphone Apple Communication Firm | kingphone |
| 42 | Alibaba | Guangzhou K&W Technology Co., Ltd. | kiwitech |
| 43 | Alibaba | Like Technology (shenzhen) Co., Ltd. | likhak |
| 44 | Alibaba | Dongguan Linlin Watch Technology Co., Ltd. | linlinwatchstrap |
| 45 | Alibaba | Huizhou Huicheng Lionorm Watch Strap Manufacturer | lionormwatchstrap |
| 46 | Alibaba | MAXON ELECTRONICS COMPANY LIMITED | maxon513 |
| 47 | Alibaba | MEGA AGE WATCHBAND MANUFACTURING LIMITED | megaage |
| 48 | Alibaba | Shenzhen Yazhitang Trading Co., Ltd. | mobilefittings |
| 49 | Alibaba | Shenzhen Newchabridge Development Co., Ltd. | ncbd |
| 50 | Alibaba | Shenzhen New Shinee Technology Company Ltd. | newshinetech |
| 51 | Alibaba | Shenzhen Xinhongyuan Bag Co., Ltd. | newsourcesbag |
| 52 | Alibaba | Shenzhen Miao Xi Technology Co., Ltd. | offer3c |
| 53 | Alibaba | Shenzhen Oluoqi Technology Co., Ltd. | oulucci |
| 54 | Alibaba | Shenzhen Papastar Technology Co., Ltd. | papastar |
| 55 | Alibaba | Guang Dong Qian Du Technology Co., Ltd. | qiandutech |
| 56 | Alibaba | Yiwu Starting Point Hardware Co., Ltd. | qidianhardware |
| 57 | Alibaba | Dongguan Huaxing Rope Belt Technology Co., Ltd. | ribbon2021 |
| 58 | Alibaba | Shenzhen Honghuanglan Technology Co., Ltd. | rybiwatch |
| 59 | Alibaba | Ningbo Sallin Sanitary Ware Co., Ltd. | sanil-sanitary |
| 60 | Alibaba | Zhejiang Shichi Hardware Manufacturing Co., Ltd. | shichishangmao |
| 61 | Alibaba | Dongguan Shinyfans Gift Co., Ltd. | shinyfans |
| 62 | Alibaba | MingJiang (ShenZhen) Technology Co., Ltd | szmingjiang |
| 63 | Alibaba | Shenzhen Shanhai Silicone Rubber Products Co., Ltd. | szshanhai |
| 64 | Alibaba | Shenzhen Tengsheng Weaving Technology Co., Ltd. | sztengsheng |
| 65 | Alibaba | Dongguan Tewei Band Technology Development Co., Ltd. | teweibands |
| 66 | Alibaba | Guangzhou Teyoufu Technology Co., Ltd. | teyoufu |
| 67 | Alibaba | TOCHIGIYA CO., LTD. | tochigiya |
| 68 | Alibaba | Shenzhen Tschick Technology Co., Ltd. | tschick |
| 69 | Alibaba | Shenzhen Tengyue Technology Co., Ltd. | tyband |
| 70 | Alibaba | Dongguan City Mao Yang Plastic Hardware Products Co., Ltd. | usmartwatchband |
| 71 | Alibaba | Shenzhen Vilo Technology Co., Ltd. | vilo |
| 72 | Alibaba | Shenzhen Vilo Industrial Co., Ltd. | viloindustry |
| 73 | Alibaba | Guangzhou Weijie Tiecord Co.,Ltd. | weijiewebbing |
| 74 | Alibaba | Zhengzhou World Whoop Technology Co., Ltd. | worldwhoop |
| 75 | Alibaba | Shenzhen Xiaomo Technology Development Co., Ltd. | xiaomo |
| 76 | Alibaba | Dongguan Xiaoshu Intelligent Technology Co., Ltd. | xiaoshukeji |
| 77 | Alibaba | Shenzhen Xinlike Silicone Product Co., Ltd. | xinlike |
| 78 | Alibaba | Shenzhen Xinli Watch Co., Ltd. | xinliwatch |
| 79 | Alibaba | Shenzhen Xin Fashion Electronic Technology Co., Ltd. | xss |
| 80 | Alibaba | Guangzhou Yalsin Leather Limited | yalsinleather |

| 81 | Alibaba | Guangzhou Yingjie Leather Co., Ltd. | yingjieleather |
|---|---|---|---|
| 82 | Alibaba | Shenzhen Yunse Technology Co., Ltd. | ys-bags |
| 83 | Alibaba | Guangzhou Yimeijia Network Technology Co., Ltd. | ysstudio |
| 84 | Alibaba | Shenzhen Yunse Technology Co., Ltd. | yunse |
| 85 | Alibaba | Shenzhen cloudzhixing Technology Co., Ltd. | yunzhixing |
| 86 | Alibaba | Yiwu Yusa E-Commerce Co., Ltd. | ywyusa |
| 87 | Alibaba | Huizhou City Hutang Watch Co., Ltd. | zovne |
| 88 | Aliexpress | Tony' online store -Low price every day | 1100516412 |
| 89 | Aliexpress | HEMSUT Official Store | 1100549901 |
| 90 | Aliexpress | ZLIMSN Official Store | 1100553813 |
| 91 | Aliexpress | BESARTE Official Store | 1100752385 |
| 92 | Aliexpress | chagar watch Store | 1100766358 |
| 93 | Aliexpress | Shenzhen Baishang Co., Ltd. Store | 1100871848 |
| 94 | Aliexpress | Shop1263894 Store | 1100877192 |
| 95 | Aliexpress | High-end Watches store | 1100897312 |
| 96 | Aliexpress | BENYAR Factory Store | 1100922005 |
| 97 | Aliexpress | YOOSIDE Digital Store | 1100961198 |
| 98 | Aliexpress | LIRE watchband Store | 1100986204 |
| 99 | Aliexpress | YQI Watchband Store | 1101008739 |
| 100 | Aliexpress | Shop1967980 Store | 1101175412 |
| 101 | Aliexpress | BUMVOR Official Store | 1101198494 |
| 102 | Aliexpress | Shop2139204 Store | 1101199419 |
| 103 | Aliexpress | AK WATCH Co. Ltd Store | 1101218136 |
| 104 | Aliexpress | Meetime Store | 1101237653 |
| 105 | Aliexpress | alkvision Store | 1101242994 |
| 106 | Aliexpress | Chagar Watch Factory Direct Online Store Store | 1101243598 |
| 107 | Aliexpress | V4 Watchband Store | 1101247065 |
| 108 | Aliexpress | szhengdili-watchband Store | 1101249491 |
| 109 | Aliexpress | Tearoker Store | 1101254437 |
| 110 | Aliexpress | UTC Watches Store | 1101258527 |
| 111 | Aliexpress | OKSTRAP Store | 1101259466 |
| 112 | Aliexpress | wacth band Store | 1101259470 |
| 113 | Aliexpress | PAGANI DESIGN Brand Store | 1101260120 |
| 114 | Aliexpress | EUOU Official Store | 1101265292 |
| 115 | Aliexpress | Factories Store | 1101283589 |
| 116 | Aliexpress | Shop3875051 Store | 1101284432 |
| 117 | Aliexpress | Titlix Store | 1101290870 |
| 118 | Aliexpress | Smart Watched Store | 1101292081 |
| 119 | Aliexpress | Sight Focus China Watch Store | 1101292972 |
| 120 | Aliexpress | TAMISTER Strap Store | 1101293147 |
| 121 | Aliexpress | beafiry Store | 1101294038 |
| 122 | Aliexpress | Shop4351001 Store | 1101294889 |
| 123 | Aliexpress | Oh my strap Store | 1101297528 |

| 124 | Aliexpress | Fun watch Store | 1101300001 |
| 125 | Aliexpress | sight focus watchband Store | 1101300259 |
| 126 | Aliexpress | Shop4546027 Store | 1101302153 |
| 127 | Aliexpress | JUELONG Official Store | 1101302852 |
| 128 | Aliexpress | Hunan portal Store | 1101303230 |
| 129 | Aliexpress | SWISH Official Store | 1101306974 |
| 130 | Aliexpress | 9527 watch Store | 1101309536 |
| 131 | Aliexpress | 12:12 watch Store | 1101317470 |
| 132 | Aliexpress | Boris Watch Store | 1101318985 |
| 133 | Aliexpress | Old Traveler Store | 1101320057 |
| 134 | Aliexpress | Zhangeer Official Store | 1101321995 |
| 135 | Aliexpress | OCHSTIN Global Store | 1101322914 |
| 136 | Aliexpress | Pzsr watch Store | 1101324268 |
| 137 | Aliexpress | Watches factory Store | 1101328846 |
| 138 | Aliexpress | wufulinmen Store | 1101329307 |
| 139 | Aliexpress | Diver Watch Factory Store | 1101330247 |
| 140 | Aliexpress | San Martin Official Store | 1101333575 |
| 141 | Aliexpress | Onthelevel-Watchband Store | 1101341664 |
| 142 | Aliexpress | PORSAMO BLEU Store | 1101348096 |
| 143 | Aliexpress | Shop5249176 Store | 1101349921 |
| 144 | Aliexpress | Baishang Watch band Store | 1101352693 |
| 145 | Aliexpress | nanoleaf smart-vip factory Store | 1101356274 |
| 146 | Aliexpress | Fegwilde Accessories Store | 1101357448 |
| 147 | Aliexpress | Shop5371036 Store | 1101357625 |
| 148 | Aliexpress | NATOBELT Official Store | 1101365142 |
| 149 | Aliexpress | Watch Factory Accessories Store | 1101365845 |
| 150 | Aliexpress | RDUNAE Official Store | 1101366790 |
| 151 | Aliexpress | TEMRS Watchband Store | 1101367304 |
| 152 | Aliexpress | Chemeri Watch Store | 1101369801 |
| 153 | Aliexpress | Tactical Frog Watch Store | 1101381905 |
| 154 | Aliexpress | Mmevg Store | 1101384300 |
| 155 | Aliexpress | uni-dive Official Store | 1101386426 |
| 156 | Aliexpress | Xin Toddler Store | 1101386959 |
| 157 | Aliexpress | Shop5835267 Store | 1101393172 |
| 158 | Aliexpress | Shop5799614 Store | 1101395115 |
| 159 | Aliexpress | watch band Store | 1101402223 |
| 160 | Aliexpress | ABOSS Store | 1101404030 |
| 161 | Aliexpress | Zuozi Store | 1101407656 |
| 162 | Aliexpress | PAGANI DESIGN Outlet Store | 1101408478 |
| 163 | Aliexpress | Dropshiping Store | 1101414924 |
| 164 | Aliexpress | TPW Official Store | 1101419369 |
| 165 | Aliexpress | FOANO Official Store | 1101419681 |
| 166 | Aliexpress | Hi My Watch Store | 1101426348 |

| 167 | Aliexpress | timelee Store | 1101429794 |
| 168 | Aliexpress | SIDONIE Watch Store | 1101431269 |
| 169 | Aliexpress | jierui Store | 1101431756 |
| 170 | Aliexpress | Shop4687055 Store | 1101431816 |
| 171 | Aliexpress | YF Strap Store | 1101436782 |
| 172 | Aliexpress | Cronos Watches Store | 1101438375 |
| 173 | Aliexpress | Shop5074359 Store | 1101443224 |
| 174 | Aliexpress | Essidi Global Store | 1101445038 |
| 175 | Aliexpress | Shop5628028 Store | 1101471362 |
| 176 | Aliexpress | DEEPSEAHUNTER Store | 1101475544 |
| 177 | Aliexpress | QSJPAQH Official Store | 1101492848 |
| 178 | Aliexpress | Ali-Express Store | 1101494111 |
| 179 | Aliexpress | KULUZE Official Store | 1101495635 |
| 180 | Aliexpress | Shop5869327 Store | 1101505055 |
| 181 | Aliexpress | Huangfujy Store | 1101514396 |
| 182 | Aliexpress | Professional Watch Strap Store | 1101520767 |
| 183 | Aliexpress | Ali-Transport Store | 1101523103 |
| 184 | Aliexpress | ANYADA Watch Store | 1101543200 |
| 185 | Aliexpress | Shop910568135 Store | 1101546739 |
| 186 | Aliexpress | Shop910564272 Store | 1101547260 |
| 187 | Aliexpress | Shop910723079 Store | 1101548803 |
| 188 | Aliexpress | SASSY ACC Official Store | 1101557880 |
| 189 | Aliexpress | YUZEX Watchband Store | 1101558845 |
| 190 | Aliexpress | Steeldive Watch Store | 1101562157 |
| 191 | Aliexpress | PAGANI DESIGN Ali-Flagship Store | 1101569096 |
| 192 | Aliexpress | Heimdallr Watch Store | 1101569959 |
| 193 | Aliexpress | TUEDIX DESIGN Official Store | 1101582452 |
| 194 | Aliexpress | Shi Cheng Watchbands Store | 1101584300 |
| 195 | Aliexpress | Shop911390060 Store | 1101607369 |
| 196 | Aliexpress | Licoers Watch Store | 1101629400 |
| 197 | Aliexpress | GzJmk Watch Accessories Store | 1101642305 |
| 198 | Aliexpress | SMTF06-abacusly Store | 1101678110 |
| 199 | Aliexpress | Zhong Watches accessories Store | 1101684540 |
| 200 | Aliexpress | Cataloguei 07 Store | 1101692340 |
| 201 | Aliexpress | Global strap Store | 1101702474 |
| 202 | Aliexpress | Cpown jewels Store | 1101710179 |
| 203 | Aliexpress | watch haoyisheng Store | 1101712069 |
| 204 | Aliexpress | Cronos Official Store | 1101712995 |
| 205 | Aliexpress | HQstrap Store | 1101726866 |
| 206 | Aliexpress | Shop911839153 Store | 1101735857 |
| 207 | Aliexpress | chunfenshilistore Store | 1101741091 |
| 208 | Aliexpress | baby watch Store | 1101742739 |
| 209 | Aliexpress | QZ watch accessories Co., Ltd Store | 1101745685 |

| 210 | Aliexpress | OCHSTIN Flagships Store | 1101752401 |
| 211 | Aliexpress | MyStrap Store | 1101753023 |
| 212 | Aliexpress | Styleboutique Store | 1101755351 |
| 213 | Aliexpress | nanoleaf HYS Watch Store | 1101758752 |
| 214 | Aliexpress | PaGeFelix Official Store | 1101772985 |
| 215 | Aliexpress | Jinyiuo JYN Store | 1101778671 |
| 216 | Aliexpress | BBAT Watch Strap Store | 1101787354 |
| 217 | Aliexpress | HS Watchband Watch Buckle Store | 1101787832 |
| 218 | Aliexpress | xiaoxiaopu123 Store | 1101790264 |
| 219 | Aliexpress | Wrist Bracelet Store | 1101796099 |
| 220 | Aliexpress | Hiang Watch Accessories Store | 1101800084 |
| 221 | Aliexpress | ZOVNE Official Store | 1101800281 |
| 222 | Aliexpress | Quality+Advanced strap Store | 1101814566 |
| 223 | Aliexpress | LJPSTA Official Store | 1101815822 |
| 224 | Aliexpress | SIHAOQI Franchise Store | 1101826237 |
| 225 | Aliexpress | mling watchbands Store | 1101829200 |
| 226 | Aliexpress | Happy Watch Bracelet Store | 1101830730 |
| 227 | Aliexpress | Love And Home Watch Store | 1101849319 |
| 228 | Aliexpress | Wjsh Watch Accessories Store | 1101872191 |
| 229 | Aliexpress | SmartWatch Strap&Cases&Tools Store | 1101896154 |
| 230 | Aliexpress | YGB watchband Store | 1101899558 |
| 231 | Aliexpress | Watchband 16fa Store | 1101928486 |
| 232 | Aliexpress | xglband Store | 1101930459 |
| 233 | Aliexpress | WRIST watch Accessories Store | 1101937775 |
| 234 | Aliexpress | Faraday Store | 1101955812 |
| 235 | Aliexpress | ERILLES 3C SMART Store | 1102014179 |
| 236 | Aliexpress | Shop1100222470 Store | 1102016304 |
| 237 | Aliexpress | QWC Ouyida Watchband Store | 1102023125 |
| 238 | Aliexpress | Shop1100234044 Store | 1102025138 |
| 239 | Aliexpress | Kids Tshirt Sleepwear Clothing Store | 1102051967 |
| 240 | Aliexpress | Cheap Watch Strap Store Store | 1102056496 |
| 241 | Aliexpress | BINLUN Official Store | 1102107994 |
| 242 | Aliexpress | YD Watchband Store | 1102137064 |
| 243 | Aliexpress | OEING China Watchband Store | 1102137904 |
| 244 | Aliexpress | Watchband Factory Outlet Store | 1102150352 |
| 245 | Aliexpress | Yuedian Watchband Store | 1102175819 |
| 246 | Aliexpress | Kabang Strap Store | 1102186610 |
| 247 | Aliexpress | HY Smartwatch Band Store | 1102278315 |
| 248 | Aliexpress | MY Digital Store | 1102279083 |
| 249 | Aliexpress | Shop1102302542 Store | 1102302543 |
| 250 | Aliexpress | Suitisbest Store | 1102313916 |
| 251 | Aliexpress | AVEM Watchband Store Store | 1102320479 |
| 252 | Aliexpress | Shop1102343017 Store | 1102341017 |

| 253 | Aliexpress | Shop1102347656 Store | 1102364003 |
|---|---|---|---|
| 254 | Aliexpress | Home Of Wristbands Store | 1102517820 |
| 255 | Aliexpress | Brother Watchband Store | 1102529048 |
| 256 | Aliexpress | Time Ring Store | 1102529097 |
| 257 | Aliexpress | Mobius Band Store | 1102563215 |
| 258 | Aliexpress | San Martin Design Flagship Store | 1102623884 |
| 259 | Aliexpress | YuanJiemaoyi Watch Accessories Company Store | 1102690170 |
| 260 | Aliexpress | YATSSO FASHION WATCHES Store | 1102720528 |
| 261 | Aliexpress | Walden Official Store | 1102726864 |
| 262 | Aliexpress | Auspicious Watchband Store | 1102743261 |
| 263 | Aliexpress | Superb Watchband Store | 1102815218 |
| 264 | Aliexpress | Shop1102819065 Store | 1102818075 |
| 265 | Aliexpress | Shop1102821555 Store | 1102823574 |
| 266 | Aliexpress | TAMISTER First Store | 1102841309 |
| 267 | Aliexpress | Smart Watched Store | 1102841311 |
| 268 | Aliexpress | UJia Watchband Store | 1102858547 |
| 269 | Aliexpress | Shop1102893375 Store | 1102889364 |
| 270 | Aliexpress | LT Watchband Store | 1102890670 |
| 271 | Aliexpress | Outstanding Watchband Store | 1102895272 |
| 272 | Aliexpress | FY Watchband Store | 1102899480 |
| 273 | Aliexpress | Shop1102982788 Store | 1102981810 |
| 274 | Aliexpress | Guangxin Watch Firm Store | 1102991377 |
| 275 | Aliexpress | Digua Store | 1103009248 |
| 276 | Aliexpress | Shop1103150378 Store | 1103130838 |
| 277 | Aliexpress | YJia Watchband Store Store | 1103140695 |
| 278 | Amazon | MINGrui | A10EHYT5QHPA4Z |
| 279 | Amazon | PENGLIMAN | A10TE4WTHP9GLO |
| 280 | Amazon | CingO | A12K2QHO1YETKW |
| 281 | Amazon | Felicity Eva | A13RGH81OXB5VC |
| 282 | Amazon | Dongguan shi ruixuan gongyi zhipin co.,ltd | A13Y9RS4X1KL6Q |
| 283 | Amazon | 驻马店经济开发区明木商贸店 | A15SXMECG52N2F |
| 284 | Amazon | PHAIV-5 | A170SWMY24Q1DA |
| 285 | Amazon | XYING | A1ACB4RLGMV3P6 |
| 286 | Amazon | XYZTK | A1CXRPZY4ZK5I2 |
| 287 | Amazon | HUIXUANXU | A1FMXSK5JG8A26 |
| 288 | Amazon | jinhao shop | A1FVB0JXPH5GWU |
| 289 | Amazon | ZXQ-US | A1GQSIBOLBCT5E |
| 290 | Amazon | Aing Store | A1I95H8ZFKKGLE |
| 291 | Amazon | Ziyitu | A1LL2JB1M1BHXP |
| 292 | Amazon | chuanhaopeng | A1PIRIL1OK4S2R |
| 293 | Amazon | MANSIHONG | A1QOSDFPJDS68U |
| 294 | Amazon | JIEJUNRUI | A1RX4PJPEQJIGK |
| 295 | Amazon | Zhumudianjingjikaifaquyangyibaihuodian | A1SPXJ16QZ8P40 |

| 296 | Amazon | QIUJC | A1T5HG203WMJIA |
|-----|--------|-------|----------------|
| 297 | Amazon | OUJIEMU | A1TSO8P62K1HGP |
| 298 | Amazon | MaiLiyp | A1W13N7RD4TGEB |
| 299 | Amazon | FORFC | A1XHFE5BP4FNZE |
| 300 | Amazon | TOROTOP | A22M8NKRJGGMSN |
| 301 | Amazon | ZPENGM | A22O3QFJXRFWQX |
| 302 | Amazon | HTLEATHER | A22RKHXB69N6A5 |
| 303 | Amazon | MengLeFu | A241PV6HLXRX7W |
| 304 | Amazon | AEMALL | A24NG3WDJ3TCJP |
| 305 | Amazon | YUYUBH | A26HT7WJ3E6VEQ |
| 306 | Amazon | SiChouStore | A27NTUF3XOT2E9 |
| 307 | Amazon | YPZLF | A28ZKPAP6TS4RE |
| 308 | Amazon | KASIDUN | A29C5EHQBH1NPW |
| 309 | Amazon | HUI ZHAO | A2BKPTTXACY1YS |
| 310 | Amazon | LANPEI | A2DK9VXE53SZ7 |
| 311 | Amazon | arashen | A2DV5SZXBT2MYJ |
| 312 | Amazon | BJMOD | A2JMI5SFCPHPDG |
| 313 | Amazon | Lad Weather | A2NF9M76NJML79 |
| 314 | Amazon | SnB Brands NA | A2O1XX9JJ8HFFP |
| 315 | Amazon | NoBS by kirk | A2Q5XOZNR2OU1Y |
| 316 | Amazon | jiangBZ | A2QIQQD0ZEMORL |
| 317 | Amazon | MIAOSHAn | A2T48M7EQ4DG8P |
| 318 | Amazon | LYSNZPC | A2WJXYOCYTIM0R |
| 319 | Amazon | dayeer | A2XZI0MXXF1G77 |
| 320 | Amazon | XINXIH | A309EHTYKLIYK1 |
| 321 | Amazon | guangzhouyiguantiyuyongpinyouxiangongsi | A31SYGI7QR9DKP |
| 322 | Amazon | Mcxgl | A31W56W96ZGEE0 |
| 323 | Amazon | JWNSPA | A3272TQPIM7LPH |
| 324 | Amazon | oukk | A329PM4W30UWCI |
| 325 | Amazon | 汤阴县虫经百货零售店 | A33MM4X2I6WQ1R |
| 326 | Amazon | ming dong shang mao | A34Y80NQ0JX6K5 |
| 327 | Amazon | kai run shangmao1 | A37SULW2ZHEFVO |
| 328 | Amazon | SUTK | A3BFFOHSIV4FLI |
| 329 | Amazon | ZHANMENG | A3G7DZMX904ANG |
| 330 | Amazon | 上海心微悦电子商务中心 | A3GKKNBVH3HXLP |
| 331 | Amazon | Wim | A3H63QQJ3OTX86 |
| 332 | Amazon | ANNEFIT-US | A3H7RZQXCGZO5C |
| 333 | Amazon | YICM | A3JT4SAR5WUN6I |
| 334 | Amazon | LanRuoStore | A3NRK3ARFS7CML |
| 335 | Amazon | JINGYBH | A3PBEX9KKTA63V |
| 336 | Amazon | Marathon Watch Company | A3PBFYMB2JABYN |
| 337 | Amazon | Ran Shops | A3RLWN6IP697U6 |
| 338 | Amazon | Jinqian Trading | A3RMN8FTG82284 |

| 339 | Amazon | LUZEXUAN | A3UNF9F4FF2B4N |
|-----|--------|----------|----------------|
| 340 | Amazon | CLOCK WISE | A3UX9YP8O3NT1T |
| 341 | Amazon | AIRUITUOSHOP | A44Z2REQQ5KCX |
| 342 | Amazon | BINFa | A4Q4XUUCO4QYM |
| 343 | Amazon | BOMENGYAN | A6I0GNXZN1X2V |
| 344 | Amazon | izso | A70YNP3UZ7BY5 |
| 345 | Amazon | KAIXRUN | A7KN513JFN7WN |
| 346 | Amazon | YALANXI | A809G2TIPTHEU |
| 347 | Amazon | WUYULO | A87G6D8ILW4PK |
| 348 | Amazon | V.R.Hope | A923POUG0RDRG |
| 349 | Amazon | HAODEE-MALL | AB9FC9DCLDW26 |
| 350 | Amazon | YanZu | AC8NOHOVZTMUL |
| 351 | Amazon | SHEEWEN | ACQQU6EUMB4J0 |
| 352 | Amazon | ChuangYingshangmao | AFCU3JHX0TSJ8 |
| 353 | Amazon | YQYT | AFFWNFVM2O586 |
| 354 | Amazon | Feibite Trading Limited | AJ3NX28DZH8UL |
| 355 | Amazon | MDC Co. | AK1RFJLG1RDOO |
| 356 | Amazon | Swiss Expert UK | AMSBHBB2F1JIO |
| 357 | Amazon | YunLian | AN0UVIKO7VGLN |
| 358 | Amazon | 驻马店经济开发区君君百货店 | AN5E6UI0X7L0A |
| 359 | Amazon | HOOTONG | ANT2IMIVPNL7G |
| 360 | Amazon | JUNdi | AOS7MG5QESHJD |
| 361 | Amazon | MJCHEN | AOWNRRSEY3P5C |
| 362 | Amazon | ELLe | AP6ZNRT43XQ5B |
| 363 | Amazon | YANLITIAN | ASNAVVSME186D |
| 364 | Amazon | FOOKAA | ASOH56CXLLK62 |
| 365 | Amazon | Chengwu | AV7AZYHGPUPPB |
| 366 | Amazon | Timeprostore | AZ7FCW6YRR258 |
| 367 | Amazon | JIADUOPENG | AZE2AQUYN0AE3 |
| 368 | Amazon | zhumadianjingjikaifaqumingyingshangmaodian | AZP7EA8OC42XM |
| 369 | eBay | 123udana | 123udana |
| 370 | eBay | accessoriesstore0725 | accessoriesstore0725 |
| 371 | eBay | adrrus-64 | adrrus-64 |
| 372 | eBay | adstores58 | adstores58 |
| 373 | eBay | ake8065 | ake8065 |
| 374 | eBay | alan-nice | alan-nice |
| 375 | eBay | alexpisca | alexpisca |
| 376 | eBay | anita0066 | anita0066 |
| 377 | eBay | atrapalo-ya | atrapalo-ya |
| 378 | eBay | aussie*watches | aussiewatches |
| 379 | eBay | b.a.o.r_watchstraps_uk | b.a.o.r_watchstraps_uk |
| 380 | eBay | bestnatostraps | bestnatostraps |
| 381 | eBay | biix7710 | biix7710 |

| 382 | eBay | biljkrst | biljkrst |
| 383 | eBay | biste-67 | biste-67 |
| 384 | eBay | bitsofbobsboots | bitsofbobsboots |
| 385 | eBay | blueskyhobbiesltd | blueskyhobbiesltd |
| 386 | eBay | bruno7pl | bruno7pl |
| 387 | eBay | byreejio | byreejio |
| 388 | eBay | canetac | canetac |
| 389 | eBay | carlogioielliere | carlogioielliere |
| 390 | eBay | charliefletcher2023 | charliefletcher2023 |
| 391 | eBay | charmuka-story | charmuka-story |
| 392 | eBay | chas81 | chas81 |
| 393 | eBay | chronoband104 | chronoband104 |
| 394 | eBay | coc_uk2015 | coc_uk2015 |
| 395 | eBay | cocozna2012 | cocozna2012 |
| 396 | eBay | craig2667 | craig2667 |
| 397 | eBay | davidarrow86 | davidarrow86 |
| 398 | eBay | deans124 | deans124 |
| 399 | eBay | diamondsinthedeep | diamondsinthedeep |
| 400 | eBay | diddytech | diddytech |
| 401 | eBay | dna-dive | dna-dive |
| 402 | eBay | douggary | douggary |
| 403 | eBay | drewcon-4 | drewcon-4 |
| 404 | eBay | egmac25 | egmac25 |
| 405 | eBay | electricalhybrid | electricalhybrid |
| 406 | eBay | erngan-0 | erngan-0 |
| 407 | eBay | eu.cosmetology | eu.cosmetology |
| 408 | eBay | everydaydealings | everydaydealings |
| 409 | eBay | exactwatch | exactwatch |
| 410 | eBay | expert_seller_2012 | expert_seller_2012 |
| 411 | eBay | expresssavingsclub | expresssavingsclub |
| 412 | eBay | finsar | finsar |
| 413 | eBay | fittingwell | fittingwell |
| 414 | eBay | forgottentimeuk | forgottentimeuk |
| 415 | eBay | formula125 | formula125 |
| 416 | eBay | fosser | fosser |
| 417 | eBay | foz3231 | foz3231 |
| 418 | eBay | gabo_strap | gabo_strap |
| 419 | eBay | gadgetwear | gadgetwear |
| 420 | eBay | gaz-201003 | gaz-201003 |
| 421 | eBay | grebit19 | grebit19 |
| 422 | eBay | h600ag | h600ag |
| 423 | eBay | haaw5701 | haaw5701 |
| 424 | eBay | high_adrenaline_sports_ltd | high_adrenaline_sports_ltd |

| 425 | eBay | hoarderlife90 | hoarderlife90 |
| 426 | eBay | ian180packo | ian180packo |
| 427 | eBay | ilmiocinturino | ilmiocinturino |
| 428 | eBay | jameschat10 | jameschat10 |
| 429 | eBay | jb_shop.89 | jb_shop.89 |
| 430 | eBay | jens9633 | jens9633 |
| 431 | eBay | jf_jewellers | jf_jewellers |
| 432 | eBay | jonathans-direct | jonathans-direct |
| 433 | eBay | joonar96 | joonar96 |
| 434 | eBay | joymmn | joymmn |
| 435 | eBay | jsmith71086 | jsmith71086 |
| 436 | eBay | juwelier-euro-gold | juwelier-euro-gold |
| 437 | eBay | kayifia2020 | kayifia2020 |
| 438 | eBay | keepontime | keepontime |
| 439 | eBay | keeransales | keeransales |
| 440 | eBay | kev_oli_15-1 | kev_oli_15-1 |
| 441 | eBay | kulra27 | kulra27 |
| 442 | eBay | laurelgrace333 | laurelgrace333 |
| 443 | eBay | lekic-serbia | lekic-serbia |
| 444 | eBay | leshep74 | leshep74 |
| 445 | eBay | lgal9523 | lgal9523 |
| 446 | eBay | luxurywatchstrapscouk | luxurywatchstrapscouk |
| 447 | eBay | luxus-freund24 | luxus-freund24 |
| 448 | eBay | mainspring_watches | mainspring_watches |
| 449 | eBay | mainspring_watches_uk | mainspring_watches_uk |
| 450 | eBay | mancavar_63 | mancavar_63 |
| 451 | eBay | mangomoehre | mangomoehre |
| 452 | eBay | markovtime | markovtime |
| 453 | eBay | mbz-24*de | mbz-24de |
| 454 | eBay | mcchenchen | mcchenchen |
| 455 | eBay | mickey2875 | mickey2875 |
| 456 | eBay | mikeyboyjan | mikeyboyjan |
| 457 | eBay | minu_1255 | minu_1255 |
| 458 | eBay | misha801 | misha801 |
| 459 | eBay | moosiuk | moosiuk |
| 460 | eBay | mudrwman | mudrwman |
| 461 | eBay | mxmlnstz | mxmlnstz |
| 462 | eBay | nathhill1980 | nathhill1980 |
| 463 | eBay | nbell999 | nbell999 |
| 464 | eBay | nekan55 | nekan55 |
| 465 | eBay | nomatis | nomatis |
| 466 | eBay | nwc.store | nwc.store |
| 467 | eBay | ocoeurdutemps | ocoeurdutemps |

| 468 | eBay | omega44000 | omega44000 |
| 469 | eBay | onemorechance19 | onemorechance19 |
| 470 | eBay | opso1 | opso1 |
| 471 | eBay | orologiando_italia_watch | orologiando_italia_watch |
| 472 | eBay | paelf-19 | paelf-19 |
| 473 | eBay | parker3721 | parker3721 |
| 474 | eBay | pewterandblackstore | pewterandblackstore |
| 475 | eBay | phebnee | phebnee |
| 476 | eBay | phiwilk_2607 | phiwilk_2607 |
| 477 | eBay | re-wrist-watches | re-wrist-watches |
| 478 | eBay | red_sub | red_sub |
| 479 | eBay | redouane147 | redouane147 |
| 480 | eBay | redroosteruk | redroosteruk |
| 481 | eBay | robbosgems | robbosgems |
| 482 | eBay | rs-2000 | rs-2000 |
| 483 | eBay | rubbenshop | rubbenshop |
| 484 | eBay | rusknigi-spain | rusknigi-spain |
| 485 | eBay | salvatigioielli | salvatigioielli |
| 486 | eBay | sendmetousa | sendmetousa |
| 487 | eBay | sherobhai | sherobhai |
| 488 | eBay | shikioriori | shikioriori |
| 489 | eBay | snieguole_5 | snieguole_5 |
| 490 | eBay | soundhub_access | soundhub_access |
| 491 | eBay | st3ve74 | st3ve74 |
| 492 | eBay | state_of_time | state_of_time |
| 493 | eBay | steveboo_5 | steveboo_5 |
| 494 | eBay | store84ltd | store84ltd |
| 495 | eBay | strapmonsters | strapmonsters |
| 496 | eBay | strapsonly | strapsonly |
| 497 | eBay | strapsxchange | strapsxchange |
| 498 | eBay | successories-2017 | successories-2017 |
| 499 | eBay | superiorem | superiorem |
| 500 | eBay | surplustorequirement | surplustorequirement |
| 501 | eBay | swiss_expert_uk | swiss_expert_uk |
| 502 | eBay | tak_77 | tak_77 |
| 503 | eBay | takuminokami0710 | takuminokami0710 |
| 504 | eBay | tdwatchco | tdwatchco |
| 505 | eBay | tenchi1981 | tenchi1981 |
| 506 | eBay | thats-numberwang | thats-numberwang |
| 507 | eBay | thegreatyan911 | thegreatyan911 |
| 508 | eBay | thesams | thesams |
| 509 | eBay | theswingstudio | theswingstudio |
| 510 | eBay | thevintagestrapcompany | thevintagestrapcompany |

| 511 | eBay | thiswayup2010 | thiswayup2010 |
|-----|------|---------------|---------------|
| 512 | eBay | ticky-bits | ticky-bits |
| 513 | eBay | timeandtask2 | timeandtask2 |
| 514 | eBay | tioaboa-uk | tioaboa-uk |
| 515 | eBay | tji-bargain-store | tji-bargain-store |
| 516 | eBay | tom201818 | tom201818 |
| 517 | eBay | tourbillonsnc | tourbillonsnc |
| 518 | eBay | tpt-straps | tpt-straps |
| 519 | eBay | trade-caps | trade-caps |
| 520 | eBay | trolls222 | trolls222 |
| 521 | eBay | tts2006 | tts2006 |
| 522 | eBay | uhrenarmband24 | uhrenarmband24 |
| 523 | eBay | vinyl_vintage | vinyl_vintage |
| 524 | eBay | walbar247 | walbar247 |
| 525 | eBay | watch-game | watch-game |
| 526 | eBay | watch4discount | watch4discount |
| 527 | eBay | watchbandspot | watchbandspot |
| 528 | eBay | watchbitsandprints | watchbitsandprints |
| 529 | eBay | watchboxed | watchboxed |
| 530 | eBay | watchnationusa | watchnationusa |
| 531 | eBay | watchretromode | watchretromode |
| 532 | eBay | watchtime24 | watchtime24 |
| 533 | eBay | watchyard | watchyard |
| 534 | eBay | waveydave2117 | waveydave2117 |
| 535 | eBay | wen5764 | wen5764 |
| 536 | eBay | wenchangadsl | wenchangadsl |
| 537 | eBay | withnature | withnature |
| 538 | eBay | wristgarmentlondon | wristgarmentlondon |
| 539 | eBay | wristworx | wristworx |
| 540 | eBay | xbejeweledx | xbejeweledx |
| 541 | eBay | yeahbrah! | yeahbrah! |
| 542 | eBay | yorkshirewatchstraps | yorkshirewatchstraps |
| 543 | eBay | youngboy8 | youngboy8 |
| 544 | eBay | yourvintagevice | yourvintagevice |
| 545 | eBay | yurzh-25 | yurzh-25 |
| 546 | eBay | zackarymoss | zackarymoss |
| 547 | Etsy | CoCoDimension | CoCoDimension |
| 548 | Etsy | DMStraps | DMStraps |
| 549 | Etsy | HeritageGarage | HeritageGarage |
| 550 | Etsy | OneMoreItalia | OneMoreItalia |
| 551 | Etsy | SwissAMA | SwissAMA |
| 552 | Etsy | TheSweepingSecond | TheSweepingSecond |
| 553 | Etsy | thewatchartisan | thewatchartisan |

| 554 | Etsy | VauntChrono | VauntChrono |
|-----|------|-------------|-------------|
| 555 | Etsy | WristWorx | WristWorx |
| 556 | Etsy | YorkshireWatchStraps | YorkshireWatchStraps |
| 557 | Shopify | 2degreeseast | 2degreeseast.com |
| 558 | Shopify | Aera | aera.co |
| 559 | Shopify | barkandjack | barkandjack.com |
| 560 | Shopify | barkerhill | barkerhill.co |
| 561 | Shopify | basandlokes | basandlokes.com |
| 562 | Shopify | bosphorusleather | bosphorusleather.com |
| 563 | Shopify | bulangandsons | bulangandsons.com |
| 564 | Shopify | DIYWATCH Club | eoniq-design.myshopify.com |
| 565 | Shopify | gentlemanrules | gentlemanrules.com |
| 566 | Shopify | gnomonwatches | gnomonwatches.com |
| 567 | Shopify | imperialstraps | imperialstraps.com |
| 568 | Shopify | jbwatchmods | jbwatchmods.com.au |
| 569 | Shopify | mksnatostraps | mksnatostraps.com |
| 570 | Shopify | olivergreen | olivergreen.com |
| 571 | Shopify | regimentalshop | regimentalshop.com |
| 572 | Shopify | robustgoods | robustgoods.com |
| 573 | Shopify | Spinnaker Watches | spinnaker-watches.com |
| 574 | Shopify | strapcode | strapcode.com |
| 575 | Shopify | strapmeister.watch | strapmeister.watch |
| 576 | Shopify | Straps House | strapshouse.com |
| 577 | Shopify | taikonaut | taikonaut-time.com |
| 578 | Shopify | the-electricianz | the-electricianz.com |
| 579 | Shopify | time+ | timeplusstraps.com |
| 580 | Shopify | watchbandit | watchbandit.com |
| 581 | Shopify | wristenvy | wristenvy.co.uk |
| 582 | Walmart | LianQU Ltd | 101223318 |
| 583 | Walmart | ZhiQU Ltd | 101223323 |
| 584 | Wish | Geekthink Tech | 53a3b27446188e3fcfefd5a4 |
| 585 | Wish | Love List 365 | 580e0725ecd5d019b9decf52 |
| 586 | Wish | guoguoxi | 584c13e82c9bcc4c9ffe8379 |
| 587 | Wish | jjcmd | 5ab0f512a71fbf5000c43b12 |
| 588 | Wish | SOMIWBS Store | 5d52cb1c1d9a8e1ec23e07f3 |
| 589 | Wish | KJFKGFG | 5d731c9304c7934ff93f8c47 |
| 590 | Wish | BLACK AND REN FLOWER Underwear SHOP | 5da7f614a051020f6897c677 |
| 591 | Wish | pwoemdfe | 5dbf90ec0140ee6a4a50ee03 |
| 592 | Wish | IIDKDK KDKF MAN CLOTHING HOME | 5dd90f6275cf540401b6efc9 |
| 593 | Wish | KKBKC KGIIGSE BOBO WEARING | 5ddcb6b0e4ce232852782886 |
| 594 | Wish | qinfaxia | 5e4b6b7b29e78677bd33b5c4 |
| 595 | Wish | tngo6056 | 5e6d40316bab20ad40b67806 |
| 596 | Wish | yijihuyuan | 5e71e18d57b01075b9782a5b |

| 597 | Wish | dgdfb2 | 5fcdab69c68845907477cc86 |
|-----|------|--------|--------------------------|
| 598 | Wish | dgfb00v2f | 5fcdac8491d2e58a80761275 |
| 599 | Wish | cdjifdi | 5fcdb70c68d20e8448a1ae75 |
| 600 | Wish | qwsxd | 5fd04f44cd51094ac1dfb309 |
| 601 | Wish | rgfvjtfgh | 5fd2df3248a2281d3f02deaa |
| 602 | Wish | duhuaiying0319 | 5fd5a4dc82d67f7657c2c953 |
| 603 | Wish | fulizhi1810 | 5fd5b1b9c4fa1b72186301d8 |
| 604 | Wish | wujian8401 | 5fd99d7de3c38600431e3a85 |
| 605 | Wish | jinchangjun1835 | 5fd9b2e05cea1913c684bf6e |
| 606 | Wish | zhangpangpang5562 | 5fd9b8b0d056731821ac7399 |
| 607 | Wish | mengfanfeng8155 | 5fd9bb5dde4e0424d962bc11 |
| 608 | Wish | zhangna4390 | 5fd9c12fe3c3862e971e37c0 |
| 609 | Wish | liulingling1722 | 5fd9c25f8e582220426616e8 |
| 610 | Wish | jiashijie8364 | 5fd9c5e0de4e04317062be48 |
| 611 | Wish | bolan9460 | 5fdac315cb71e820efd01c1a |
| 612 | Wish | zhangdehui7048 | 5fdb07d8aae4ca6753d4f4bc |
| 613 | Wish | chuli1347 | 5fdb0d25aae4ca7063d4f072 |
| 614 | Wish | xueruijie0734 | 5fdb12b5ec96e5843fe61aa5 |
| 615 | Wish | taowenming4323 | 5fdb1e55fe03933e228ffad2 |
| 616 | Wish | zhangyaozhu | 5fec26a2053f27674e24f502 |
| 617 | Wish | dingjie1470 | 607560e6068072820fe842c9 |
| 618 | Wish | liujunyi6166 | 613ef45ec146e0a528eeefec |