**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:24-cv-22046-JB**

TM CO.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

      Defendants.

**PLAINTIFF'S NOTICE REGARDING THIRD PARTY MARKETPLACE DATA**

Plaintiff TM CO., by and through its undersigned counsel, hereby submits this Notice Regarding the Third Party Marketplace Data, in compliance with the Court's TRO entered June 28, 2024 at Docket No. 22 which requires Plaintiff to provide the Court with the amount of funds restrained from each of the Defendants and a copy of the data received for each Defendant from the third-party marketplaces. Plaintiff has yet to receive any data that it can provide the Court.

1.    On June 28, 2024, the Court entered the TRO against the Defendants identified on Schedule "A". (Docket No. 22). The TRO requires Plaintiff to provide the Court with the amount of funds restrained from each of the Defendants and a copy of the data received for each Defendant from the third-party marketplaces by no later than five days prior to the preliminary injunction hearing, which is set for July 10, 2024. (Id. at 10, 11).

**SRIPLAW**
Cᴀʟɪғᴏʀɴɪᴀ ◆ Gᴇᴏʀɢɪᴀ ◆ Fʟᴏʀɪᴅᴀ ◆ Tᴇɴɴᴇssᴇᴇ ◆ Nᴇᴡ Yᴏʀᴋ

2. On July 3, 2024, Plaintiff moved to continue the preliminary injunction hearing and extend the TRO by fourteen (14) days given that the marketplaces and payment platforms had yet to respond with the data for the defendants. (Docket No. 25).

3. On July 5, 2024, Plaintiff moved for an extension of time to file proof of service on the defendants given that the marketplaces and payment platforms had yet to respond with the necessary data. (Docket No. 27).

4. As of July 5, 2024, Plaintiff has not received any data for the Defendants from the third-party marketplaces and payment processors and is therefore unable to provide the Court with information on restrained funds or other data.

5. Once Plaintiff receives the required data from the third-party marketplaces, Plaintiff will file a notice under seal with the information and attach copies of the data pursuant to the Court's orders.

DATED: July 8, 2024                     Respectfully submitted,

*/s/ Angela M. Nieves*
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, PA**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that on July 8, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorneys of record via the CM/ECF system.

*/s/ Angela M. Nieves*
ANGELA M. NIEVES