**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:24-cv-22046-JB**

TM CO.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

**PLAINTIFF'S MOTION TO STRIKE CERTAIN FILINGS FROM THE PUBLIC RECORD AND FOR LEAVE TO REPLACE WITH REDACTED VERSIONS**

Plaintiff TM CO. ("TM" or "Plaintiff"), by and through its undersigned counsel, hereby moves this Honorable Court to strike Plaintiff's filings entered at ECF No. 32-7 and ECF No. 32-8 from the public record, and allow Plaintiff to file redacted versions of these two filings. Because said documents, which were required by the Court, contained financial information as defined in Fed. R. Civ. P. Rule 5.2, Plaintiff moves now to strike these filings from public view and requests leave to file redacted versions of the documents, and in support thereof states as follows:

    1.    On June 28, 2024, the Court entered the TRO against the Defendants identified on Schedule "A". (ECF No. 22). The TRO requires Plaintiff to provide the Court with the amount of funds restrained from each of the Defendants and a copy of the data received for each Defendant from the third-party marketplaces by no later than five days prior to the preliminary injunction hearing, which was initially set for July 10, 2024, under seal. (Id. at 10, 11).

2.      On July 10, 2024, Plaintiff filed a Sealed Notice Regarding Third Party Marketplace Data Received as of July 10, 2024. (ECF No. 32). Plaintiff attached as Exhibits to the Declaration of Angela Nieves copies of the data files received from five marketplaces and one payment processor in response to paragraph 7 of the Court's TRO. (ECF No. 32-2 through 32-8).

3.      The data files attached as Exhibit 6 to the Nieves Declaration and filed at ECF No. 32-7 contain financial account numbers in full without redaction.

4.      The data files attached as Exhibit 7 to the Nieves Declaration and filed at ECF No. 32-8 contain financial account numbers in full without redaction.

5.      Federal Rule of Civil Procedure 5.2 requires filings that contain financial account numbers be redacted to only show the last four digits of the account number. See Fed. R. Civ. P. 5.2(a)(4). The filings at ECF No. 32-7 and 32-8 were not redacted pursuant to Fed. R. Civ. P. 5.2. Although the documents were filed under seal, once the case is unsealed, the information will be in the public view. Plaintiff seeks to avoid this by striking these two filings from the public record and replacing them with redacted versions.

6.      The failure to redact the two documents was an oversight on Plaintiff's part. Plaintiff apologizes to the Court for its error and for any inconvenience this may cause.

7.      To protect the privacy of the relevant information and comply with the requirements of Rule 5.2, this Court should order that the filings at ECF No. 32-7 and 32-8 be struck from the public record, and grant Plaintiff leave to refile redacted versions of the documents according to Rule 5.2.

DATED: July 15, 2024	Respectfully submitted,

/s/ Angela M. Nieves
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, PA**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff TM Co.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on July 15, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorneys of record via the CM/ECF system.

/s/ Angela M. Nieves
ANGELA M. NIEVES