UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:24-cv-22046

TM CO.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

Plaintiff TM CO. ("TM or "Plaintiff"), by and through its undersigned counsel, hereby submits this Notice of Entry of Parties listed into CM/ECF for Defendants numbered 326 to 375 identified on Schedule "A" to the Complaint to be added as additional Defendants in the above referenced case.

Dated:  July 17, 2024

Respectfully submitted,

*/s/ Angela M. Nieves*
ANGELA M. NIEVES
Bar Number: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
786.788.6020 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff TM Co.*

**SRIPLAW**
California ◆ Georgia ◆ Florida ◆ Tennessee ◆ New York

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on July 17, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorneys of record via the CM/ECF system.

                                            */s/ Angela M. Nieves*
                                            ANGELA M. NIEVES