UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-22046-JB

TM CO.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

## NOTICE OF COMPLIANCE BY ALIBABA WITH TEMPORARY RESTRAINING ORDER AND REQUEST TO VACATE ORDER TO SHOW CAUSE

Plaintiff TM CO. ("TM" or "Plaintiff"), by and through its undersigned counsel, hereby notifies the Court of Alibaba's compliance with the Court's Temporary Restraining Order and requests the Court vacate the Order to Show Cause entered at Dkt. 54..

On June 28, 2024, the Court entered a Temporary Restraining Order (TRO). Dkt. 22. The TRO required certain third-party marketplaces, including Alibaba.com ("Alibaba"), to produce data and otherwise comply with the terms of the TRO within five business days of the Court's entry of the TRO. Dkt. 22 at 19.

On July 12, 2024, Plaintiff filed a Motion to Compel Alibaba's Compliance with the Temporary Restraining Order ("TRO") entered in this case because Alibaba had failed to produce the data Plaintiff needed to serve the Defendants on the Alibaba platform. Dkt. 36.

On July 16, 2024, the Court granted Plaintiff's motion and ordered Alibaba to appear at a hearing on June 17, 2024 at 4:00 pm and to show cause as to why it had not complied with the terms of the TRO. Dkt. 43.

On July 17, 2024, the show cause hearing was held. Alibaba failed to respond to the TRO or appear at the hearing. The hearing was thereafter reset to July 19, 2024 at 3:00 pm. Dkt. 54.

On July 19, 2024, Alibaba produced the data pursuant to the TRO to Plaintiff's counsel via e-mail. Alibaba has therefore complied with the TRO. Plaintiff thus requests the Court vacate the Order to Show Cause at Dkt. 54 and the telephonic show cause hearing set for today July 19, 2024.

Dated: July 19, 2024                                Respectfully submitted,

/s/ Angela M. Nieves
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 - Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff TM Co.*

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on July 19, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorneys of record via the CM/ECF system.

                                          */s/ Angela M. Nieves*
                                          ANGELA M. NIEVES