UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-22046

TM CO.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

## PROOF OF SERVICE

I certify and declare that I am over the age of 18 years, employed in Palm Beach County and an attorney for Plaintiff, TM CO., in the above-captioned action.

On July 19, 2024, I served process on Defendants identified on Schedule A as numbered 1 to 87[1] by emailing these Defendants the Complaint, Summons and TRO issued in this action, and the link http://www.sriplaw.com/notice where the full text of the Complaint, exhibits thereto, Temporary Restraining Order, and the full text of all other documents filed in this action are available to view and download in compliance with this Court's Order on Alternate Service. (DE 17). I also served these Defendants on the same date with a copy of the Court's Order at DE 34, providing notice of the Preliminary Injunction hearing scheduled for July 25, 2024, at 1:00 pm.

The emails for these Defendants were produced to the undersigned by the internet marketplace Alibaba.

---

[1] Schedule "A" to the Complaint in this action is sealed pursuant to the Court's Order entered at DE 9.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 22, 2024 	Respectfully submitted,

*/s/ Angela M. Nieves*
ANGELA M. NIEVES
Florida Bar Number:  1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com

**SRIPLAW, PA**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff TM Co.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on July 22, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorneys of record via the CM/ECF system.

*/s/ Angela M. Nieves*
ANGELA M. NIEVES