UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:24-cv-22046

TM CO.,

       Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

       Defendants.

## NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

Plaintiff TM CO. ("TM or "Plaintiff"), by and through its undersigned counsel, hereby submits this Notice of Entry of Parties listed into CM/ECF for Defendants numbered 51 to 87 identified on Schedule "A" to the Complaint to be added as additional Defendants in the above referenced case.

Dated: July 22, 2024

Respectfully submitted,

*/s/ Angela M. Nieves*
ANGELA M. NIEVES
Bar Number: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
786.788.6020 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff TM Co.*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on July 22, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorneys of record via the CM/ECF system.

                                      */s/ Angela M. Nieves*
                                      ANGELA M. NIEVES