**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:24-cv-22046**

| | |
|---|---|
| TM CO.,<br><br>        Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | |

## [PROPOSED] ORDER CORRECTING CASE CAPTION TO REFLECT TRUE PARTY NAME

Plaintiff has filed a Notice of Filing Proposed Order to Correct Case Caption to Reflect True Party's Name [ECF No. __] pursuant to the Court's Paperless Order entered July 11, 2024, at ECF No. 35.

The Court hereby **ORDERS** that the case caption be changed to INTERNATIONAL WATCHMAN, INC. v. THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", and the Clerk is directed to list Plaintiff's true name on the docket.

**DONE AND ORDERED** in Miami, Florida, this __th day of _____, 2024.

---

HONORABLE JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE