# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO.: 1:24-cv-22046

TM CO.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL AND MOTION TO STRIKE AND REFILE

THIS CAUSE Before the Court upon Plaintiff's Motion to Unseal, ECF No. ___ ("Motion"), filed_____. Plaintiff requests that the Court unseal the case docket including all pleadings and orders filed under seal in this matter once the Court has granted Plaintiff's Motion to Strike Certain Filings from the Public Record and for Leave to Replace with Redacted Versions [ECF No. 38].

The Court, having considered both Motions and having found good cause, hereby **ORDERS** that the Motions are **GRANTED**. The Clerk is directed to unseal the case docket and all entries that remain under seal **except for the entries at ECF No. 32-7 and 32-8**, which the Clerk is directed to strike from the public record. Plaintiff shall file redacted versions of these filings no later than three (3) days from the date of this Order.

2

**DONE AND ORDERED** in Miami, Florida, this __th day of _____, 2024.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE