**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:24-cv-22046-JB

INTERNATIONAL WATCHMAN,
INC.
        Plaintiff,

   v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

        Defendants.
_____/

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS**

PLEASE TAKE NOTICE that Joanna Niworowski, Esq., from AXS Law Group, PLLC, hereby appears as counsel for Defendant No. 332, known as Amazon Store ANNEFIT-US. All parties are requested to forward copies of all future correspondence and pleadings to the undersigned counsel at joanna@axslawgroup.com and eservice@axslawgroup.com.

Dated: July 31, 2024.

                                   Respectfully submitted,

                                   **AXS LAW GROUP, PLLC**
                                   2121 NW 2nd Avenue, Suite 201
                                   Miami, FL 33127
                                   Tel:  305.297.1878
                                   By: */s/ Joanna Niworowski*
                                   Joanna Niworowski, Esq.
                                   Florida Bar No. 1031440
                                   joanna@axslawgroup.com
                                   eservice@axslawgroup.com
                                   *Counsel for Defendant No. 332*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2024, a true and correct copy of the foregoing was served on all counsel of records via the CM-ECF.

*/s/ Joanna Niworowski*
Joanna Niworowski, Esq.