UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-22046

INTERNATIONAL WATCHMAN, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS NOS. 99, 356, 418, 436, 439, 501 AND 562

Plaintiff International Watchman, Inc., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action **with prejudice** as against the following Defendants:

a. YQI Watchband Store (Defendant No. 99 on Schedule "A");

b. Swiss Expert UK (Defendant No. 356 on Schedule "A");

c. gabo_strap (Defendant No. 418 on Schedule "A");

d. juwelier-euro-gold (Defendant No. 436 on Schedule "A");

e. keeransales (Defendant No. 439 on Schedule "A");

f. swiss_expert_uk (Defendant No. 501 on Schedule "A"); and

g. bosphorusleather (Defendant No. 562 on Schedule "A").

Dated: August 2, 2024						Respectfully submitted,

											*/s/ Angela M. Nieves*
											ANGELA M. NIEVES
											Florida Bar Number:  1032760
											angela.nieves@sriplaw.com
											JOEL B. ROTHMAN
											Florida Bar Number:  98220
											joel.rothman@sriplaw.com

											**SRIPLAW, PA**
											21301 Powerline Road
											Suite 100
											Boca Raton, FL  33433
											561.404.4350 – Telephone
											561.404.4353 – Facsimile

											*Counsel for Plaintiff International Watchman, Inc.*