UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-22046-JB

INTERNATIONAL WATCHMAN,
INC.,

       Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

       Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal filed by Plaintiff and Defendant nbell999, Defendant No. 463 on Schedule "A" to the Complaint ("Defendant"), in ECF No. [102] (the "Stipulation"). In the Stipulation, Plaintiff and Defendant stipulate to the entry of an order dismissing this lawsuit, with prejudice, as between Plaintiff and Defendant, with each party to bear its own costs, attorneys' fees, and expenses. *Id.* at 1.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, but only as between Plaintiff and Defendant. The Clerk is directed to **TERMINATE** Defendant from this case.

**DONE AND ORDERED** in Miami, Florida, this 21st day of August, 2024.

                                                  _____
                                                  JACQUELINE BECERRA
                                                  UNITED STATES DISTRICT JUDGE