**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

INTERNATIONAL WATCHMAN, INC.,

                Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

                Defendants.

Case No. 24-cv-22046-JB

Judge Jacqueline Becerra

Magistrate Judge Edwin G. Torres

**DEFENDANT 332, ANNEFIT-US'S**
**ANSWER TO COMPLAINT AND COUNTERCLAIM**

    Defendant Number 332, ANNEFIT-US (hereinafter referred to as "Defendant"), by and

through its undersigned attorney answers Plaintiff INTERNATIONAL WATCHMAN, INC.

("Plaintiff")'s Complaint as follows:

**SUMMARY OF THE ACTION**

    1.    Admitted as to this action having claims pursuant 15 U.S.C. §§1114, 1116, and

1125(a), The All Writs Act, 28 U.S.C. §1651(a), and Florida's common law, otherwise denied.

**SUBJECT MATTER JURISDICTION**

    2.    Admitted.

    3.    Admitted.

    4.    Defendant makes no answer to the allegations in paragraph 4 as those allegations

state legal conclusions rather than assertions of facts.

**PERSONAL JURISDICTION**

5.      Defendant makes no answer to the allegations in paragraph 5 as those allegations state legal conclusions rather than assertions of facts.

6.      Defendant makes no answer to the allegations in paragraph 6 as those allegations state legal conclusions rather than assertions of facts.

7.      Defendant makes no answer to the allegations in paragraph 7 as those allegations state legal conclusions rather than assertions of facts.

<u>**VENUE**</u>

8.      Admitted that Defendant is not a resident of the United States.  Otherwise, Defendant makes no answer to all other allegations in paragraph 8 as those allegations state legal conclusions rather than assertions of facts. With respect to all other parties and allegations, Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

9.      Admitted that Defendant is not a resident of the United States.  Otherwise, Defendant makes no answer to all other allegations in paragraph 8 as those allegations state legal conclusions rather than assertions of facts. With respect to all other parties and allegations, Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

<u>**THE PLAINTIFF**</u>

10.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

11.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

12.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

13.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

14.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

15.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

16.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

17.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

18.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

19.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

## PLAINTIFF'S TRADEMARK RIGHTS

20.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

21.     Admitted that the Complaint has stated the purported registration information for one trademark. Defendant lacks information sufficient to form a belief about the truth of the

allegations in this paragraph, and on that basis denies them. Defendant further states that the exhibit used by Plaintiff speaks for itself.

22.    Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

23.    Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

24.    Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

25.    Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

26.    Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

27.    Admitted with respect to Defendant. With respect to all other parties and allegations, Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

28.    Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

29.    Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

30.    Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

31.    Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

32.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

33.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

34.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

35.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

36.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

37.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

38.     Defendant lacks information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis denies them.

## **<u>DEFENDANTS</u>**

39.     Defendant makes no answer to the allegations in paragraph 39 as those allegations state legal conclusions rather than assertions of facts.

40.     Admitted that Defendant resides in the People's Republic of China. Otherwise, denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

41.     Admitted that Defendant has not appointed an agent for service of process. Otherwise, denied with respect to Defendant. With respect to all other parties and allegations,

Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

42.     Admitted that Defendant has a Seller ID. Otherwise, denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

43.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

44.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

45.     Admitted that Defendant operates an e-commerce store, otherwise denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

46.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

47.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

48.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

49.      Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

50.      Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

51.      Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

52.      Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

## **JOINDER OF DEFENDANTS IN THIS ACTION IS PROPER**

53.      Admitted that Defendant is named in Schedule "A" to this Complaint. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

54.      Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

55.      Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

56.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

57.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

58.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

59.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

60.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

61.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

62.     Admitted that the Complaint alleges claims of counterfeiting and trademark infringement, otherwise denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

63.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

64.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

65.     Admitted that Defendant resides in the People's Republic of China. Otherwise, denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

66.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

67.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

68.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

69.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

70.     Admitted that Defendant have payment and financial accounts associated with Defendant's e-commerce store. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

71.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

72.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

73.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

74.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

75.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

76.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

77. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

78. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

79. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

80. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

## DEFENDANTS' INFRINGING ACTIVITIES

81. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

82. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

83. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

84.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

85.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

86.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

87.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

88.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

89.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

90.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

91.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

92.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

93.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

94.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

95.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

96.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

97.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

98.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

99.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

100.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

101.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

102.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

103.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

104.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

105.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

106.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

107.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

108.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

109.    Denied.

## **COUNT I – TRADEMARK INFRINGEMENT (15 U.S.C. §1114)**

110.    Defendant hereby repeats and incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

111.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

112.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

113.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

114.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

115.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

116.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

117.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

118.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

## COUNT II – FALSE DESIGNATION OF ORIGIN (15 U.S.C. §1125(a))

119.    Defendant hereby repeats and incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

120.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

121.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

122.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

123.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

124.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

125.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

126.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

127.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

128.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

129.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

130.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

## <u>COUNT III – COMMON LAW UNFAIR COMPETITION</u>

131.    Defendant hereby repeats and incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

132.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

133.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

134.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

135.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

136.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

137.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

## COUNT IV – COMMON LAW TRADEMARK INFRINGEMENT

138.     Defendant hereby repeats and incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

139.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

140.     Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

141.     Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

142.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

143.    Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

## PLAINTIFF'S PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to any relief whatsoever arising from any claim or set of allegations set forth in the Complaint, and on that basis deny Plaintiff's Prayer for Relief in its entirety.

## GENERAL DENIAL

Defendant denies each and every allegation in the Complaint to the extent not specifically admitted herein.

## AFFIRMATIVE AND OTHER DEFENSES

Subject to the responses above, Defendant alleges and asserts the following defenses in response to the allegations in the Complaint, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. In addition to the affirmative defenses described below, subject to its responses above, Defendant specifically reserves all rights to allege additional affirmative defenses that become known through the course of discovery or further investigation in this action.

## FIRST DEFENSE

### (Failure to State a Claim)

The Complaint, and each purported cause of action alleged therein, fails to state facts sufficient to constitute a claim against Defendant upon which relief can be granted.

## SECOND DEFENSE

### (No Likelihood of Confusion)

There is no likelihood of confusion between Plaintiff's purported trademark and any alleged use of the mark by Defendant on the accused products.

## THIRD DEFENSE

### (No Willful Infringement)

On information and belief, all or some of Plaintiff's claims are barred, in whole or in part, because any alleged infringement by Defendant occurred innocently, and not willfully.

## FOURTH DEFENSE

### (Equitable Defenses)

On information and belief, all or some of Plaintiff's claims for relief are barred, in whole or in part, by the doctrines of equitable estoppel and/or other equitable remedies.

## FIFTH DEFENSE

### (Lack of Personal Jurisdiction)

Defendant denies that this Court has personal jurisdiction over them and objects to this Court's exercise of such jurisdiction over them.

## SIXTH DEFENSE

### (No Counterfeit)

Plaintiff has not proven that the alleged product is a counterfeit by the preponderance of the evidence.

## COUNTERCLAIMS

Pursuant to Rule 13 of the Federal Rules of Civil Procedure, Defendant/Counter-Plaintiff ANNEFIT-US ("ANNEFIT"), by its undersigned counsel, hereby brings the following counterclaims against Plaintiff/Counter-Defendant INTERNATIONAL WATCHMAN, INC. ("Watchman") and alleges as follows:

## PARTIES, JURISDICTION, AND VENUE

1.      ANNEFIT is a sole proprietorship organized and existing pursuant to the laws of the People's Republic of China.

2.      Watchman is a corporation organized and existing pursuant to the laws of the State of Ohio with its principal place of business in in Brunswick, Ohio.

3.      This is a counterclaim for cancellation of a federal trademark registration pursuant to 15 U.S.C. §1064(3).

4.      This Court has original subject matter jurisdiction over this counterclaim pursuant to 28 U.S.C. §1331, §1338, 15 U.S.C. §1521.

5.      Counterclaim-Defendant Watchman has subjected itself to the personal jurisdiction of the Court by filing the present lawsuit against Defendant/Counterclaim-Plaintiff ANNEFIT.

6.      To the extent the underlying Complaint is proper, venue of the Counterclaim is proper under 28 U.S.C. §1391.

## FACTUAL BACKGROUND

7.      ANNEFIT is a online storefront on Amazon.com that sells watch strap products.

8.      ANNEFIT has developed valuable goodwill associated with its watch strap product offerings.

9.      Watchman alleges ownership of the registered mark NATO (U.S. Reg. No. 3,907,646) for watches, watch bands, and straps in International Class 14 and the mark NATO-

G10 (U.S. Reg. No. 4,093,914) for watches, watchbands, and watch straps in International Class 14 (collectively, the "Registrations").

10.     In its applications, Watchman claimed the "NATO" mark was first used in connection with watches, watch bands, and watch straps on February 2, 2002 and first used in commerce on May 15, 2003.

11.     The "NATO" mark was used for many years in the United States prior to the Registrant's claimed date of first use of February 2, 2002 and claimed date of first use in commerce of May 15, 2003, and continues to be widely used today by the industry.

12.     The NATO designation is a common term for flexible one-piece military style watch bands. The term "NATO" is commonly used in connection with "Nato watch bands/straps," a type of wrist band used in the watch industry which originates from the British Ministry of Defense Standard in 1973 where the NATO Stocking Number, now-called "NATO strap" for short, would be issued to soldiers through the filling out of a form known as the G1098 or G10 for short. Articles noting the history of the "NATO" strap and the origin of the name are attached hereto as **Exhibit A**.

13.     The term NATO for watches, watch straps, and watch bands is widely used by the public in a generic manner.

14.     The term NATO for watches, watch straps, and watch bands is widely used by a multitude of watch manufacturers in referring to and selling those products. Evidence of the widespread use of the "NATO" term for watch products is attached hereto as **Exhibit B**.

15.     ANNEFIT sells watch strap products on Amazon.com

16.     In order to sell its watch strap products on Amazon.com, ANNEFIT is required to contract with Amazon.com Services ("Amazon").

17.     ANNEFIT has a business relationship with Amazon.

18.     Upon information and belief, Watchman had knowledge of ANNEFIT's business relationship with Amazon.

19.     Upon information and belief, Watchman had knowledge of ANNEFIT's contractual relationship with Amazon.

20.     On or around July 6, 2024, Watchman wrongfully filed reports of trademark infringement against ANNEFIT's listings for watch strap products on Amazon.com.

21.     Upon information and belief, as the basis for the infringement reports, Watchman claimed to have purported trademark rights in the generic "Nato" term.

22.     The false infringement reports submitted by Watchman interfered with the contractual relationship between Amazon and ANNEFIT.

23.     Watchman was not justified in submitting the infringement reports because Watchman's purported trademark rights in the term "Nato" are invalid, and upon information and belief, has been challenged by multiple parties in multiple forums, any of which could cancel Watchman's trademark registrations.

24.     As a result of the infringement reports submitted by Watchman, some of ANNEFIT's Amazon.com listings were suspended.

25.     As a result of the suspensions of ANNEFIT's Amazon listings, ANNEFIT was damaged by lost revenue, lost profits and other damage related to its suspended sales of watch bands.

26.     As a result of the suspensions of ANNEFIT's Amazon listings, ANNEFIT has been forced to alter its Amazon listings, to its detriment and damaging ANNEFIT's ability to lawfully advertise its watch strap products.

## COUNT I

## CANCELLATION OF TRADEMARK REGISTRATION UNDER 15 U.S.C. §1064(3)

27.     ANNEFIT incorporates the allegations set forth in the preceding paragraphs as if fully set forth herein.

28.     This Court has the power to order cancellation of the Registrations pursuant to U.S.C. §§ 1064(3) and 1119.

29.     Generic designations, by definition, are not protectable as trademarks and are not registrable neither on the Principal nor Supplemental Register of the U.S. Patent and Trademark Office. *See* 15 U.S.C. §§1051, 1052, 1053, 1127.

30.     The primary significance of the term "NATO" to the relevant public is not that of a trademark identifying Watchman.

31.     "NATO" represents the generic name for watches, watch straps, and watch bands.

32.     If Watchman is allowed to maintain its registration of the generic term "NATO," persist in asserting allegedly exclusive rights to that term for use in connection with watches, watch straps, and watch bands, and enforce its registrations against ANNEFIT, then ANNEFIT will be improperly and unfairly limited in its ability to use that term in connection with its own goods and services.

## COUNT II

## TORTIOUS INTERFERENCE WITH CONTRACT

33.     ANNEFIT incorporates the allegations set forth in the preceding paragraphs as if fully set forth herein.

34.     This Court has supplemental jurisdiction to hear ANNEFIT's state law claims pursuant to 28 U.S.C. § 1367.

35.     ANNEFIT actively sells watch strap products on Amazon.com

36.     In order to sell its watch strap products on Amazon.com, ANNEFIT is required to contract with Amazon.

37.     Upon information and belief, Watchman had knowledge of ANNEFIT's contractual relationship with Amazon.com.

38.     On or around July 6, 2024, Watchman wrongfully filed reports of trademark infringement against ANNEFIT's listings for watch strap products on Amazon.com.

39.     As the basis for the infringement reports, Watchman claims to have purported trademark rights in the generic "Nato" term.

40.     The false infringement reports submitted by Watchman caused an intentional and wrongful interference with the contractual relationship between Amazon.com and ANNEFIT.

41.     Watchman was not justified in submitting the infringement reports because the term "Nato" is generic for military style watch straps and watch bands.

42.     Watchman's purported trademark rights in the term "Nato" have been and are being challenged in multiple forums by multiple parties, any of which could cancel Watchman's trademark registrations.

43.     Watchman was not justified in submitting the infringement reports because Watchman's purported trademark rights in the term "Nato" are invalid.

44.     As a result of the infringement reports submitted by Watchman, some of ANNEFIT's Amazon.com listings were suspended.

45.     As a result of the suspensions of ANNEFIT's Amazon listings, ANNEFIT was damaged by lost revenue and lost profits from its watch strap sales and suffered other damage related to ANNEFIT's ability to lawfully advertise and sell its watch strap products.

## PRAYER FOR RELIEF

WHEREFORE, Defendant/Counter-Plaintiff ANNEFIT-US respectfully requests that the

Court enter judgment in its favor and against Plaintiff/Counter-Defendant INTERNATIONAL

WATCHMAN, INC., and grant the following relief:

A.     Dismissing, with prejudice, the Complaint in its entirety against Defendant;

B.     Denying all relief that Plaintiff seeks in the Complaint;

C.     Canceling the Registrations of the generic terms "NATO" and "NATO-G10";

D.     Finding this case to be exceptional under 15 U.S.C. § 1117 and awarding
       Defendant's costs and attorney's fees;

E.     Awarding Defendant his costs, expenses, disbursements, and attorneys' fees
       incurred in connection with this action; and

F.     Awarding Defendant any other relief the Court deems just and equitable.


Dated: August 22, 2024                    Respectfully Submitted,

                                          **AXS Law Group, PLLC**
                                          2121 NW 2nd Ave, Suite 201
                                          Miami, Florida 33127
                                          Tel.: (305) 297-1878

                                          By: */s/ Joanna Niworowski*
                                          Joanna Niworowski, Esq.
                                          Florida Bar No. 1031440
                                          joanna@axslawgroup.com
                                          eservice@axslawgroup.com

                                          *Counsel for Defendant No. 332*