UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-22046-JB

INTERNATIONAL WATCHMAN,
INC.,

        Plaintiff,
  v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

        Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal filed by Plaintiff in ECF No. [107], in which it dismisses this action with prejudice as against Defendant mainspring_watches_uk (Defendant No. 449 on Schedule "A"). Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE** as against Defendant mainspring_watches_uk. The Clerk is directed to **TERMINATE** Defendant mainspring_watches_uk from this case.

**DONE AND ORDERED** in Miami, Florida, this 26th day of August, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE