eBay username : thegreatyan911
Yannick larue
937-1108 Roland-Beaudin, Quebec City, G1V0H6, Quebec, Canada
Thegreatyan@yahoo.com
514-796-1373

08/20/2024

Jacqueline becerra
Florida southern district court
400 North Miami ave, Miami, FL, 33128

FILED BY _____ D.C.
SEP 04 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re: Case No. 24-cv-22046- Request for Dismissal

Dear Judge Becerra,

I am writing to respectfully request that the court dismiss the case against me in the matter of international watchman Inc V the individuals, partnerships, and unincorporated association identified on schedule "A" Case No. 24-cv-22046.

I would request dismissal since I do not believe I should be involved in a law suit based on the following point :

- To my surprise, I received a notification from the eBay app on 8/15/2024 saying that my username was involved in a possible lawsuit

- About one year ago, I had a listing on eBay that was taken down saying that one word that I had used in the listing was causing issues, this specific Tissot strap was listed for about $25-30 and this specific listing never sold because it was taken down by eBay. I am not a company nor do I own any company, I am just a regular worker with a 9-5 day job and I was simply putting a listing on eBay to sell some spare watch parts that I have since I am a watch collector and it is one of my favorite hobby with baseball. I have never made a sale using the so called trademark so I am not sure how I "profited" the term NATO

- I had no clue I was not allowed to use this term that is commonly used in the watch community on YouTube videos and even some of the major watch brand use this term to describe a specific type of watch but since eBay took down my listing I understood there was some type of restriction behind it and I have never tried or made any sales with the word.

I believe these reasons justify the dismissal of the case. If necessary, I am willing to provide further information or documentation to support my request.

Thank you for considering this request. I respectfully await your decision and am prepared to provide any additional information required by the court.

And if required I could always attend through zoom meeting or any other remote/online options.

Sincerely,

eBay username : thegreatyan911

WILKIE D. FERGUSON COURTHOUSE
400 N MIAMI AVE, ROOM 8N09
MIAMI, FLORIDA
33128
USA

YAW L
1108-Roland-Beaulin
QUEBEC CITY, QC
G1V 0H6
CANADA