OFFICE OF THE CLERK
United States District Court
Southern District of Florida
400 North Miami Avenue, 8th Floor
Miami
Florida 33128
USA



28th of August 2024

**Matter 6926: INTERNATIONAL WATCHMAN, INC. (TM CO.) v. The Individuals, Partnerships and Unincorporated Associations Identified on Schedule "A" Case No.: 1:24-cv-22046**

Defendant: "diddytech" DOE Number: 400

<u>**Request for dismissal**</u>

Dear Sir/Madam,

I write in reference to the matter above.

I am writing to respectfully request that I am dismissed from this case.

I am a resident of the United Kingdom; I do not operate as a business, and I have never sold any watch strap to the United States.

Any listing on the US eBay platform was entirely inadvertent.

I previously wrote to the plaintiff's attorney (joel.rothman@sriplaw.com) on the 1st of August, outlining my reason for dismissal, I have enclosed a copy, which I invite you to review.

I have also provided an answer to complaint.

Please accept my apologies for any errors in my correspondence, I am not well versed in the US legal process.

Yours Faithfully,

Joel Didcott
6 Hartleyburn
Tamworth B77 4BL
United Kingdom

Telephone: +44 7825646426
Email: email@joeldidcott.uk

**International Tracked & Signed** R

Privacy policy: www.royalmail.com/privacy

Delivered By Royal Mail
Postage Paid GB

AIR MAIL PAR AVION — Letter — 100g

11-008 F07 5DD

RY 4651 2011 9GB

OFFICE OF THE CLERK
United States District Court
400 North Miami Avenue, 9th Floor
Miami
Florida
33128
USA - MAINLAND

Return Address
6 Hartleyburn
Wilnecote
Tamworth
B77 4BL
UNITED KINGDOM

Postage Cost
**£8.15**
Post by the end of
**04.09.2024**
Paid and printed from
**Click & Drop**

REC'D BY _____ D.C.
SEP 06 2024
ANGELA E. NOBLE
U.S. DIST. CT.