UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-22046-JB

INTERNATIONAL WATCHMAN, INC.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

## NOTICE OF SETTLEMENT AND RESPONSE TO THE COURT'S ORDER AT ECF NO. 128

Plaintiff INTERNATIONAL WATCHMAN, INC, by and through their undersigned counsel, hereby notify the Court that the parties have reached a settlement and expect to voluntarily dismiss the instant action as to Defendant YQYT (Doe No. 353 on Schedule "A" to the Complaint") within thirty (30) days. Accordingly, Plaintiff requests until October 16, 2024, in which to file a Notice of Dismissal, and the matter of severance of the litigation is moot.

Dated:  September 16, 2024

Respectfully submitted,

*/s/ Angela M. Nieves*
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, PA**
21301 Powerline Road
Suite 100

Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff International Watchman, Inc.*

## CERTIFICATE OF SERVICE

  The undersigned does hereby certify that on September 16, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorneys of record via the CM/ECF system.

*/s/ Angela M. Nieves*
ANGELA M. NIEVES