Thursday, 17 October 2024

**Jacqueline Becerra**

**Florida Southern District Court**

**400 North Miami Avenue**

**Miami, FL, 33128**



FILED BY_____D.C.

OCT 25 2024

**Re: Court Case Title:** *No.1-24-CV-22046* ; *international Watchman, INC* v. The Partnerships and Unincorporated Associations Identified on Schedule "A"

Doe Number - 494

I WatchStore84 identified as a defendant in Schedule "A" of the above case am a British/Northern Irish citizen. Being a British/Northern Irish citizen who is subject to the laws of the United Kingdom I do not recognise the jurisdiction of the U.S. District Court for the District of Florida. I therefore request to be removed as a named defendant from this case.

I was only made aware of the case via an email on 15/10/2024.

I would be happy to discuss this matter via Zoom if required.

If I am not released from this court order, I would request to be referred for free legal aid as I am not in the financial position to instruct an attorney/lawyer.

Yours faithfully,


Jack Furnell-James



International Tracked & Signed

11-010 D03 37E

RY 4660 3478 2GB

AIR MAIL
PAR AVION

Postage Paid GB
Large Letter
60g

Clerk of the Courts
US District Court
Southern District of Florida
400 North Miami Avenue
Miami FL
33128
USA - MAINLAND

Return Address
8 Preston Way
Gillingham
ME8 6UP
UNITED KINGDOM

Postage Cost
£10.75
Post by the end of
24.10.2024
Paid and printed from
Click & Drop



## CUSTOMS DECLARATION

Further guidance at royalmail.com/customs

**CN 22**
May be opened officially
Great Britain

| Sender's Name | JACK FURNELL-JAMES |
|---|---|
| Address & Postcode | 8 PRESTON WAY<br>GILLINGHAM<br>KENT<br>ME8 6UP<br>UNITED KINGDOM |

RY460347820GB

| Contents | | |
|---|---|---|
| X | Documents | Commercial Sample |
| | Returned Goods | Sale of Goods |
| | | Mixed content |
| | | Other: |
| | | Gift |

| Description of Contents<br>Letters/Documents | Quantity | Weight (kg) | Value (GBP) |
|---|---|---|---|
| | 1 | 0.060 | 0.00 |

| Total | | 0.060 | 0.00 |

Commercial items only, if known enter HS tariff nr & origin

| Company VAT no. | Company EORI no. | Pre-reg. tax scheme | AIRN |
|---|---|---|---|
| | | | |

I, the undersigned, whose name and address are given on the item, certify that the particulars given in this declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal or customs regulations.

| Sign & Date | Jack Furnell-James | 17.10.2024 |
|---|---|---|