UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-22046

INTERNATIONAL WATCHMAN, INC.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

## SATISFACTION OF JUDGMENT

Plaintiff INTERNATIONAL WATCHMAN, INC., by and through its undersigned counsel, hereby acknowledges that the Judgment entered in this case on May 11, 2025 (ECF 229 and 230) against Defendant Shenzhen Hongshengye Technology Co., Ltd. (Defendant No. 21 on Schedule "A") has been satisfied.

Dated: March 24, 2025

Respectfully submitted,

*/s/ Angela M. Nieves*
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, PA**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff International Watchman, Inc.*

**SRIPLAW**
California ◆ Georgia ◆ Florida ◆ Indiana ◆ Tennessee ◆ New York